UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CRIMINAL ACTION NO. 3:12-CR-2-H

UNITED STATES OF AMERICA                                                            PLAINTIFF

v.

SHOMARI BEVERLY                                                                      DEFENDANT

**MEMORANDUM OPINION AND ORDER**

Defendant, Shomari Beverly, has moved to suppress evidence obtained in a warrantless stop and search by Louisville police. The matter was referred to the Magistrate Judge who produced Findings of Fact, Conclusions of Law and a Recommendation. He concluded that the stop was lawful; that Defendant consented to the search; and that the motion to suppress should be denied.

Defendant has objected to the Magistrate Judge's report on the grounds that he ignored crucial facts and misapplied applicable law. However, the Court agrees with the Magistrate Judge that the initial stop was reasonable based upon the reliable tip and the officer's actual inspection of the package prior to Defendant taking possession. The Magistrate Judge also concluded that the subsequent pat-down search followed Defendant's consent. The Court finds no factual basis for disputing this conclusion, other than to simply disbelieve Detective Hodges. However, the Court believes that the Magistrate Judge's determination of credibility is entitled to substantial deference under these circumstances.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Court adopts the Report and Recommendation of the

Magistrate Judge and the motion to suppress is DENIED.

cc:    Counsel of Record
       Magistrate Judge Dave Whalin